1
2
3
4
5                                     **JS-6**
6
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10
11  LAWRENCE KALANTARI AND  )   Case No. EDCV 14-02580-VAP
    YVETTE KALANTARI,       )   (SPx)
12                          )
              Plaintiffs,   )   **JUDGMENT**
13                          )
         v.                 )
14                          )
    UNITED STATES OF        )
15  AMERICA,                )
                            )
16            Defendant.    )
17  _____

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH
21  PREJUDICE.  The Court orders that such judgment be
22  entered.

25  Dated: September 3, 2015
                                    _____
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge